United States District Court
Southern District of Texas
**ENTERED**
March 16, 2023
Nathan Ochsner, Clerk

# IN THE UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF TEXAS
### HOUSTON DIVISION

| | |
|---|---|
| TERRY L. JACKSON AND GWENDOLYN ANNETTE JACKSON, PLAINTIFFS, <br><br> V. <br><br> PHH MORTGAGE, ET AL., DEFENDANTS. | § § § § § § § § § CIVIL ACTION NO. 4:22-CV-3465 |

## ORDER ADOPTING MAGISTRATE JUDGE'S MEMORANDUM AND RECOMMENDATION

Having reviewed the Magistrate Judge's Memorandum and Recommendation dated February 22, 2023 (ECF 13) and no objections having been filed thereto, the Court is of the opinion that said Memorandum and Recommendation should be adopted by this Court.

It is, therefore, **ORDERED** that the Magistrate Judge's Memorandum and Recommendation (ECF 13) is hereby **ADOPTED** by this Court.

It is further **ORDERED** that Plaintiffs' claims against Ronald A. Allen, Grace Capital, LLC, and Neil McLaurin, IV are **DISMISSED WITHOUT PREJUDICE**.

It is further **ORDERED** that Defendant PHH Mortgage Corporation's Motion to Dismiss (ECF 5) is **GRANTED** and Plaintiffs' claims against PHH Mortgage Corporation are **DISMISSED WITH PREJUDICE**.

**THIS IS A FINAL ORDER**.

SIGNED at Houston, Texas this __16th__ day of March, 2023.

SIM LAKE
SENIOR UNITED STATES DISTRICT JUDGE