United States District Court
Southern District of Texas
**ENTERED**
March 16, 2023
Nathan Ochsner, Clerk

IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| TERRY L. JACKSON AND GWENDOLYN ANNETTE JACKSON, PLAINTIFFS, <br><br> V. <br><br> PHH MORTGAGE, ET AL., DEFENDANTS. | § <br> § <br> § <br> §     CIVIL ACTION NO. 4:22-CV-3465 <br> § <br> § <br> § |

## FINAL JUDGMENT

In accordance with the Order Adopting the Magistrate Judge's Memorandum and Recommendation, it is hereby **ORDERED** and **ADJUDGED** that Plaintiffs take nothing on their claims against Defendants in this case.

Plaintiffs' claims against Ronald A. Allen, Grace Capital, LLC, and Neil McLaurin, IV are **DISMISSED WITHOUT PREJUDICE**.

Defendant PHH Mortgage Corporation's Motion to Dismiss is **GRANTED** and Plaintiffs' claims against PHH Mortgage Corporation are **DISMISSED WITH PREJUDICE**.

Costs will be taxed against Plaintiffs.

**This is a FINAL JUDGMENT**.

SIGNED at Houston, Texas this __16th__ day of March, 2023.

_____
SIM LAKE
SENIOR UNITED STATES DISTRICT JUDGE